UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:24-cv-24820-CMA

**VICTOR ARIZA**,

    Plaintiff,

vs.

**DELTA GALIL USA, INC.,
d/b/a 7 FOR ALL MANKIND,
a foreign for-profit corporation**,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By: *s/ Roderick V. Hannah* | By: *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2025, a true and correct of the foregoing was electronically filed and served via e-mail and transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List:

Hannesson I. Murphy, Esq.
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
Tel.: (317) 236-1313
hmurphy@btlaw.com

*Attorneys for Defendant*
*VERA BRADLEY SALES LLC*

                                        */s/ Roderick V. Hannah*
                                            Roderick V. Hannah